**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE PETITION OF STANLEY KUTLER, AMERICAN HISTORICAL ASSOCIATION, AMERICAN SOCIETY FOR LEGAL HISTORY, ORGANIZATION OF AMERICAN HISTORIANS and SOCIETY OF AMERICAN ARCHIVISTS. | ) ) ) Misc. Action No. 10-mc-00547 ) ) ) ) |

**DEPARTMENT OF JUSTICE'S NOTICE TO THE COURT AND UNOPPOSED MOTION TO UNSEAL**

On July 29, 2011, this Court issued a Memorandum and Order granting petitioners' request to unseal the grand jury testimony of former President Nixon and certain related documents associated with that testimony. The Department of Justice had opposed the request based on the restrictions that Federal Rule of Criminal Procedure 6(e) impose on the disclosure of grand jury information. The time for appealing the Court's order has now passed, and the Department intends to comply with the Court's July 29th directive. Accordingly, the Department hereby gives notice that the National Archives and Records Administration ("NARA") is processing the records at issue in accordance with the Court's order, and will issue a public notice in the coming weeks announcing a schedule for the opening of the records.

In addition, NARA seeks the Court's approval to unseal two documents that were not within the petitioners' request, but which relate to the arrangements for taking the testimony of President Nixon. Apart from their connection to the grand jury proceedings, these records are sealed by court order. The first document is a sealed, two page motion of the Special Prosecutor to authorize the Foreman and a member of the grand jury to attend the deposition of President Nixon. The second document is a sealed order from Chief Judge Hart dated June 5, 1975, granting the Special Prosecutor's motion for the Foreman and a member of the grand jury to

travel to California to attend the deposition.  An index maintained by the National Archives publicly describes these records and lists them as sealed.  Petitioners do not object to the unsealing of these documents, which were sealed by this court and which this Court is empowered to unseal.  *See, e.g., U.S. ex rel Schweizer v. Oce, N.V.*, 557 F. Supp. 2d 169 (D.D.C. 2008).  A proposed order accompanies this motion.

Dated: September 30, 2011                                        Respectfully submitted,

                                                           TONY WEST
                                                           Assistant Attorney General

                                                           IAN HEATH GERSHENGORN
                                                           Deputy Assistant Attorney General

                                                           RONALD C. MACHEN, JR.
                                                           United States Attorney


                                                            */s/ Elizabeth J. Shapiro*
                                                           ELIZABETH J. SHAPIRO
                                                           D.C. Bar #418925
                                                           United States Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           Tel: (202) 514-5302
                                                           Fax: (202) 616-8460
                                                           elizabeth.shapiro@usdoj.gov
                                                           Attorneys for the United States