FILED
OCT - 3 2011
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE PETITION OF STANLEY KUTLER, AMERICAN HISTORICAL ASSOCIATION, AMERICAN SOCIETY FOR LEGAL HISTORY, ORGANIZATION OF AMERICAN HISTORIANS and SOCIETY OF AMERICAN ARCHIVISTS.

Misc. Action No. 10-mc-00547

**ORDER**

Based on the government's unopposed motion to unseal two documents -- (1) a two page motion of the Special Prosecutor to authorize the Foreman and a member of the grand jury to attend the deposition of President Nixon, and (2) an order from Chief Judge Hart dated June 5, 1975, granting the Special Prosecutor's motion for the Foreman and a member of the grand jury to travel to California to attend the deposition – it is

ORDERED that the motion should be, and hereby is, GRANTED.

9/30/11
Date

Royce C. Lamberth
Chief Judge, United States District Court